IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY DANIEL SIEDSMA,

Petitioner,

v.

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0137

Opinion filed May 3, 2017.

Petition for Writ of Certiorari.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Christie S. Utt, General Counsel, and Jason Helfant, Senior Assistant General Counsel, Lake Worth, for Respondent.

PER CURIAM.

    DENIED.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.